IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. |
| v. | : (VIO: 18 U.S.C. § 876(c)) |
| SINCLAIR L. ATKINS | : ELECTRONICALLY FILED |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**Mailing Threatening Communications**
**(18 U.S.C. § 876(c))**

Between on or about November 1, 2011, and continuing until on or about November 14, 2011, in the Middle District of Pennsylvania, the District of South Carolina, and elsewhere, the defendant,

**SINCLAIR L. ATKINS,**

knowingly and willfully did deposit and cause to be deposited in a post office and in an authorized depository for mail matter, to be sent and knowingly caused to be delivered by the Postal Service according to the directions thereon, communications sent to Greenville, South Carolina addressed to a United States District Court Judge, a United States Attorney, an agent of the Federal Bureau of Investigation, and a member

of the United States Senate, who are officials covered by Title 18, United States Code, Section 1114, and containing threats to injure the person of those federal officials.

All in violation of Title 18, United States Code, Sections 876(c) and 2.

*Peter J. Smith*
PETER J. SMITH /s/
United States Attorney

Dated: August 1, 2014